## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

DAVID TREFRY, JOAN TREFRY,
BUDZIK
 Plaintiff,

V       CA 13-13044-JLT

BUDZIK & DYNIA, LLC;
and DOES 1-10, inclusive.
 Defendants.

### SETTLEMENT ORDER OF DISMISSAL

TAURO, D.J.

  The court having been advised on Janaury 27, 2014 by counsel for the

parties that the above action has been settled:

  IT IS ORDERED that this action is hereby dismissed without costs and with

prejudice to the right of any party, upon good cause shown, to re-open the action

within 30 days of this order, if settlement is not consummated.

/s/  Zita Lovett

Courtroom Clerk

Date: January 27, 2014